**GLENN H. SMITH, Inc., (Formerly Mid-Town Motors, Inc.) Appellant,**

v.

**UNITED STATES of America.**

No. 15263.

United States Court of Appeals
Eighth Circuit.
Feb. 8, 1955.

Wendell B. Gibson, Des Moines, Iowa, for appellant.

Roy L. Stephenson, U. S. Atty., and John C. Stevens, Asst. U. S. Atty., Des Moines, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, without prejudice to the right of the appellant to raise and preserve for review the defense of double jeopardy in the trial proceedings to be conducted in the District Court, on motion of appellee.

**ASLESEN COMPANY, Appellant,**

v.

**LONDON GUARANTEE & ACCIDENT COMPANY, Limited.**

No. 15247.

United States Court of Appeals
Eighth Circuit.
Feb. 28, 1955.

Jerome B. Simon, Merlyn C. Green and Bundlie, Kelley & Maun, St. Paul, Minn., for appellant.

Jerome M. Daly, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on merits and with prejudice, each party to pay its own costs, on dismissal of appeal signed by counsel for respective parties.

**Herman HENDRICKS, Appellant,**

v.

**UNITED STATES of America.**

No. 15221.

United States Court of Appeals
Eighth Circuit.
March 4, 1955.

Morris A. Shenker, St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Wm. K. Stanard, II, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties, and cause remanded for such further disposition as may be mete and proper under all the circumstances as appear from the records.